AFFIDAVIT IN SUPPORT OF
A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael W. Fahey, being sworn, state:

### Introduction and Agent Background

1. I have been a Special Agent with the Department of Homeland Security's Federal Protective Service for approximately 15 years. Since July 2017, I have been assigned as a Task Force officer to the Federal Bureau of Investigation ("FBI") Cyber Task Force in the FBI's Boston office. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

2. In these roles, I have received training in the investigation of violations of federal law, to include computer-facilitated crime, and I have participated in numerous investigations as both a case agent and as an assistant to other agents. I have a bachelor of science degree in criminal justice from Northeastern University. Because of my training, I know, that pursuant to 18 U.S.C. § 111, it is a violation to assault a United States Federal officer, to wit: a member of the Federal Protection Service, designated by 18 U.S.C. § 1114, while in the performance of his duties.

1

3. The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation, but instead have set forth only the facts necessary to establish the requisite probable cause for the issuance of the criminal complaint charging Francesca Elliott, DOB xx/xx/1996, of North Reading, Massachusetts, with assaulting, resisting, and impeding a Federal Law Enforcement Officer in violation of 18 U.S.C. § 111.

**INVESTIGATION**

4. On August 17, 2019, at approximately 9:40 pm, Federal Protective Inspector Keith Kullmann ("Inspector Kullmann") was on duty outside the Thomas O'Neill Federal Building located at 10 Causeway Street, Boston, Massachusetts. At that time, Inspector Kullmann, who was in full uniform, observed two individuals walking in his direction on the perimeter sidewalk of the O'Neill Building. Inspector Kullmann noted that both of the individuals were speaking in loud aggressive tones and appeared to be intoxicated.

5. As the individuals approached Inspector Kullmann's position, one of the individuals, ("Individual #1") started directing loud aggressive language toward Inspector Kullmann. Inspector Kullmann ordered him, Individual #1, to "Stop." Individual #1 did not stop, and continued walking towards Inspector Kullmann and shouted words to the effect, "You need to do your job."

6. Inspector Kullmann noted as the Individual #1 continued to get closer to him, he, Individual #1, became more aggressive, balling his fists. The other Individual with Individual #1, later determined to be Francesca Elliott ("Elliott") also approached Inspector Kullmann yelling in a loud and aggressive manner. Based on Individual #1's actions, and his loud aggressive language, Inspector Kullmann opined that Individual #1 was going to assault him.

7. At this point Inspector Kullmann informed Individual #1 that he was being placed under arrest for disorderly conduct and to place his hands behind his back.

8. As Inspector Kullmann attempted to place handcuffs on Individual #1, Elliott, while holding a cell phone in her right hand, approached Inspector Kullmann and struck Inspector Kullmann on the right side of his face, causing a laceration on Inspector Kullmann's right temple.

9. Inspector Kullmann then physically released Individual #1, and attempted to secure Elliott. After a brief struggle, Inspector Kullmann was able to handcuff and secure Elliott. While securing Elliott, Inspector Kullmann noted that he was bleeding from the right side of his face. Elliott was placed in the rear of his, Inspector Kullmann's, cruiser awaiting further processing.

10. Both individuals, Individual #1 and Elliott, were processed on scene, served citations for disorderly conduct, and released.

11. Boston EMS was dispatched to the scene and evaluated Inspector Kullmann's injuries. It was determined by EMS, that Inspector Kullmann had sustained a laceration to his "right lateral orbit." Inspector Kullmann's injuries were treated on scene and he was released.

## CONCLUSION

Based on the above information, I believe there is probable cause to believe that on August 17, 2019, Francesca Elliott did assault, resist, oppose, impede, and interfere with a person designated in 18 U.S.C. § 1114, while said person was engaged in and on account of the performance of official duties in violation of 18 U.S.C. § 111.

_____
SA MICHAEL W. FAHEY
US DEPARTMENT OF HOMELAND SECURITY
FEDERAL PROTECTIVE SERVICE

Sworn and subscribed before me this 26th day of September 2019

_____
HONORABLE MARIANNE B. BOWLER
U.S. MAGISTRATE JUDGE